UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK     /

In re:  **DONALD & GAIL HOTALING**                                Chapter 13
                                         Debtor/                  Case No. 10-11721

**EX PARTE MOTION TO REDACT SOCIAL SECURITY NUMBER**

I, Jerrold Bartman, am the attorney for the debtor, Donald & Gail Hotaling.

1. That my office filed a Chapter 13 Petition on behalf of the above-named debtor on May 4, 2010 bearing Case No. 10-11721.

2. In filing the Petition, my office erroneously filed Form B21 Social Security Number for the debtor.

3. Therefore, we respectfully ask that Form B21 Social Security Number be redacted from the records on this Petition.

WHEREFORE, we respectfully request that an Order be entered redacting Form B21 Social Security Number of the Debtor from this Chapter 13 Petition.


Dated: May 4, 2010                         /s/ Jerrold W. Bartman, Esq.
                                          JERROLD W. BARTMAN, ESQ.
                                          Attorney for the Debtor
                                          PO Box 12099
                                          Albany, NY  12212
                                          Ph (518) 464-2600