**SO ORDERED.**

**SIGNED this 05 day of May, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF NEW YORK/ | |
|---|---|
| IN RE: **DONALD & GAIL HOTALING** | Chapter 13 |
| Debtor/ | Case No. 10-11721 |

**EX PARTE ORDER TO REDACT SOCIAL SECURITY NUMBER**

  Upon the Motion of Jerrold W. Bartman, Esq., attorney for the above-entitled debtor to redact Form B21 Debtor's Social Security Number from her Petition dated May 4, 2010, and the Court having considered the Motion, it is hereby

  **ORDERED**, that Form B21 Social Security Number of the Debtors which was erroneously filed with the Chapter 13 Petition on May 4, 2010 be hereby redacted from the Court records.

###